# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY GENE GOFF,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER of SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Civil No. 18-cv-0591-JPG-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert (Doc. 19), this action is dismissed with prejudice.

Judgment is entered in favor of defendant Commissioner of Social Security and against plaintiff Gary Gene Goff.

DATED:　January 25, 2019

　　　　　　　　　　　　　　　　　　**MARGARET M. ROBERTIE**
　　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　　　　　　　　**BY: s/Tina Gray**
　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. PHIL GILBERT**
**U.S. District Judge**